ANTHONY M. BARNES, SBN 199048
Email: amb@atalawgroup.com
JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (917) 371-8293

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>CASS, INC., a California corporation,<br><br>           Defendant. | Case No.: 4:22-cv-05384-DMR<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

PLEASE TAKE NOTICE that the parties have reached a *tentative* settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ. At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the reviewing agencies and will submit the proposed Consent Decree for consideration and approval by this Court.

Please also be advised that the parties have consented to magistrate jurisdiction for all purposes within the proposed Consent Decree and have also deemed the complaint served within the proposed Consent Decree.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

DATED: September 28, 2022

   /s/Anthony M. Barnes
Anthony M. Barnes
Aqua Terra Aeris Law Group
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE