1  ANTHONY M. BARNES, SBN 199048
Email: amb@atalawgroup.com
2  JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
3  AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
4  Oakland, CA 94609
Telephone: (917) 371-8293
5

6

7  *Attorney for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

8

9                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | Case No.: 4:22-cv-05384-DMR |
| Plaintiff, | **NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |
| vs. | |
| CASS, INC., a California corporation, | |
| Defendant. | |

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE

1    WHEREAS, on September 28, 2022, CALIFORNIA SPORTFISHING PROTECTION

2 ALLIANCE, ("Plaintiff") and Defendant CASS, INC. ("Defendant") (collectively, "the Parties")

3 agreed on a tentative settlement resolving the issues raised in Plaintiffs' complaint; and

4    WHEREAS, on September 29, 2022, Plaintiff filed a Notice of Tentative Settlement and

5 requested the Court not sign the Consent Decree until a mandatory period for comment by the United

6 States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal

7 Regulations, title 40, section 135.5 (ECF #10); and

8    WHEREAS, on October 4, 2022, Plaintiff filed a Notice of Commencement of 45-Day

9 Review Period, which advised the Court that the United States had acknowledged receipt of the

10 Consent Decree and would notify the Court of any objections to the Consent Decree, (ECF #11); and

11    WHEREAS, on November 10, 2022, the United States Department of Justice notified Plaintiff

12 via electronic mail that the United States does not object to the Court's entry of the Consent Decree

13 into judgment; as the Agencies have indicated that they have no objection to entry, the Court may

14 now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction

15 to enforce the terms of the [Proposed] Consent Decree if necessary.

16    WHEREAS, on September 29, 2022, Plaintiff submitted a [Proposed] Consent Decree to the

17 Court for approval and entry.

18    THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true

19 and correct copy of which is attached to this Notice of Lodging as "Exhibit 1," and enter the Consent

20 Decree as judgment.

21

22 DATED: November 14, 2022

23

24                                          _/s/Anthony M. Barnes_____
                                           Anthony M. Barnes
25                                          Aqua Terra Aeris Law Group
                                           Attorneys for Plaintiff
26                                          CALIFORNIA SPORTFISHING
                                           PROTECTION ALLIANCE
27

28

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED]
CONSENT DECREE